## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JESSE ANDERSON, JR.,        :        PRISONER CIVIL RIGHTS
X0419117,                   :        42 U.S.C. § 1983
    Plaintiff,           :
                            :
    v.                   :        CIVIL ACTION NO.
                            :        1:10-CV-3212-WSD-GGB
SGT. FRANCIS and            :
DEPUTY PERKINS,             :
    Defendants.          :

## ORDER AND NON-FINAL REPORT AND RECOMMENDATION

This case has a lengthy procedural history, but suffice it to say that Jesse
Anderson, Jr. has been permitted to sue Sgt. Francis and Deputy Perkins–and no
other defendant–only for "false arrest and/or false imprisonment."  [Doc. 10 at 7].
Before service of process was completed on Sgt. Francis and Deputy Perkins, Mr.
Anderson filed: (1) an untitled  motion requesting the status of this case and a
replacement copy of his Amended Complaint [Doc. 38]; (2) a "Motion for
Summary Judgment" [Doc. 39]; and (3) a "Motion for Production of Documents"
[Doc. 40].  After service was completed and Sgt. Francis and Deputy Perkins
answered [Doc. 45], Mr. Anderson filed: (4) a "Motion for Order Compelling
Discovery" [Doc. 47]; (5) an "Objection to Defendants' Response to his Amended
Complaint" [Doc. 48]; (6) "Additional Objections to Defendants' Defenses" [Doc.
49]; and (7) a "Motion for Reconsideration" [Doc. 51] of an Order entered by the

Honorable William S. Duffey, Jr. [Doc. 50], denying Mr. Anderson's earlier motions for (A) appointment of counsel [Doc. 24], (B) a temporary restraining order [Doc. 25], and (C) miscellaneous other relief [Docs. 27, 28].

Because Mr. Anderson's "Motion for Reconsideration" [Doc. 51] of Judge Duffey's Order [Doc. 50] is appropriately directed to Judge Duffey, I **DIRECT** the Clerk to terminate the referral of that motion to me and to refer it to Judge Duffey.  I address Mr. Anderson's other motions and objections below.

If Mr. Anderson would like to obtain another copy of his Amended Complaint to replace the one he says he lost, he will need to pay the applicable copy costs; the Clerk's Office cannot "charge the cost to [his] account," as he requests.  [Doc. 38 at 2].  Accordingly, I **DENY** Mr. Anderson's motion for a status update and a replacement copy of his Amended Complaint [Doc. 38], except insofar as I **DIRECT** the Clerk to send Mr. Anderson a copy of the docket sheet for this case.

I **RECOMMEND** that Mr. Anderson's "Motion for Summary Judgment" [Doc. 39]  be **DENIED**, because (1) it was filed prematurely before the Defendants answered and Mr. Anderson requested discovery and (2) it fails to meet the requirements of Federal Rule of Civil Procedure 56 and this Court's corresponding Local Rule.

2

I **DENY** Mr. Anderson's "Motion for Production of Documents" [Doc. 40] and "Motion for an Order Compelling Discovery" [Doc. 47].  The former was filed prematurely, before the Defendants had answered, while the latter does not comply with Federal Rule of Civil Procedure 37(a), including, for example, the requirement that Mr. Anderson certify that he conferred or attempted to confer with opposing counsel.  However, I construe those motions as "a motion requesting a discovery period" [Doc. 35 at 3], and I hereby assign this case to a limited discovery track, **ENDING ON JULY 29, 2014**.  Summary judgment motions, if any, shall be due on the schedule specified in Local Rule 56.1D.

I encourage the parties to discuss directly the discovery that is appropriate in light of the *limited* scope of this case (*i.e.*, the false arrest and/or false imprisonment claims that Mr. Anderson has been permitted to pursue against *only* Sgt. Francis and Deputy Perkins).

To the extent that Mr. Anderson incorporates in his "Objection to Defendants' Response to His Amended Complaint" [Doc. 48] and "Additional Objections to Defendants' Defenses" [Doc. 49] " further requests for default judgment and/or summary judgment, I **RECOMMEND** that those motions be **DENIED**.  The Defendants timely answered Mr. Anderson's Amended Complaint, and Mr. Anderson's request for summary judgment is both premature

3

and fails to comply with Federal Rule of Civil Procedure 56 and this Court's

corresponding Local Rule.

**IT IS SO ORDERED, DIRECTED AND RECOMMENDED**, this 28th

day of March, 2014.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

4